**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 2, 2024

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 2, 2024

Re:   **United States v. Francisco Palin-Rosario**
      **21 Cr. 751 (RA)**

Dear Judge Abrams,

    As I mentioned at today's status conference, I write to respectfully request that the Court modify Mr. Palin-Rosario's bail package, to remove the conditions of (1) curfew and (2) location monitoring.

    Pretrial Services Officer Jonathan Lettieri has no objection to this request. Officer Lettieri informed me that Mr. Palin Rosario has been fully compliant with his conditions to date and that PTS believes those conditions are no longer necessary.

    The government by Assistant United States Attorney Camille Fletcher also has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527