UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRANCISCO ANTONIO PALIN-ROSARIO,<br><br>Defendant. | No. 21-CR-751 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As agreed upon at today's conference, the defendant shall file any motions by March 1, 2024, the Government's opposition shall be due by March 22, 2024 and any reply by April 5, 2024.

The parties shall be prepared to try this case on July 29, 2024. Any *in limine* motions, as well as proposed *voir dire* questions, jury instructions and verdict forms shall be filed no later than July 11, 2024, and responses thereto filed no later than July 18, 2024. A final pretrial conference shall be held on July 25, 2024 at 3:00 p.m.

Time is excluded until July 29, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:    February 2, 2024
         New York, New York

Ronnie Abrams
United States District Judge