# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 22, 2024

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 22, 2024

Re:   **United States v. Francisco Palin-Rosario
       21 Cr. 751 (RA)**

Dear Judge Abrams,

    I write to respectfully request that the Court temporarily modify Mr. Palin-Rosario's bail conditions to permit him to travel to Providence, Rhode Island to visit his aunt from April 4 to April 6, 2024. If this request is granted, Mr. Palin-Rosario will provide his specific itinerary to Pretrial Services.

    Pretrial Services by Officer Christina Venable and the government by Assistant United States Attorney Camille Fletcher both have no objection to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527