

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2024

Application granted. Furthermore, within 3 business days of the Second Circuit's decision in *United States v. Suquilanda*, No. 22-1197, the parties are to jointly file a letter proposing next steps in this case.

**BY ECF & EMAIL**

SO ORDERED.

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Hon. Ronnie Abrams
May 29, 2024

Re:   *United States v. Palin Rosario*, 21 Cr. 751 (RA)

Dear Judge Abrams:

    The parties respectfully request that the Court adjourn the trial (and all related deadlines) scheduled for July 29, 2024, *sine die* in light of the pending Motion to Dismiss the Indictment (the "Motion") (ECF No. 21). On April 22, 2024, the Court postponed oral argument on the Motion in light of the appeal pending before the Second Circuit in *United States v. Suquilanda*, No. 22-1197, which raised substantially the same issues as those pending in the Motion. (ECF No. 26). As the Court's ruling on the Motion may impact the necessity for a trial, we ask the Court to adjourn the trial *sine die*.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:   /s/
    Camille L. Fletcher
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2383

cc: Sylvie Levine, Esq. (via Email and ECF)