| | |
|---|---|
| **Federal Defenders** <br> OF NEW YORK, INC. | Southern District <br> 52 Duane Street, 10th Floor <br> New York, NY 10007 <br> Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa <br> *Executive Director* | Jennifer L. Brown <br> *Attorney-in-Charge* <br> *Southern District* |

September 16, 2024

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Re:    **United States v. Francisco Palin-Rosario**
       **21 Cr. 751 (RA)**

Ronnie Abrams, U.S.D.J.
September 16, 2024

Dear Judge Abrams,

    I write to respectfully request that the Court temporarily modify Mr. Palin-Rosario's bail conditions to permit him to travel to Providence, Rhode Island to visit his aunt, who is dealing with the aftermath of a house fire, from September 26 to 29, 2024. The exact address and contact information have been provided to Pretrial Services. Mr. Palin-Rosario will also notify Pretrial when he leaves for, and returns from, the trip.

    Pretrial Services by Officer Karina Vilefort and the government by Assistant United States Attorney Camille Fletcher both have no objection to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527