**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 11, 2024

**By ECF and Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 11, 2024

Re:   **United States v. Francisco Palin-Rosario**
      **21 Cr. 751 (RA)**

Dear Judge Abrams,

   I write to respectfully request that the Court temporarily modify Mr. Palin-Rosario's bail conditions to permit him to travel to Providence, Rhode Island to visit his aunt, who is ill, from December 12 to 14, 2024. The exact address and contact information have been provided to Pretrial Services. Mr. Palin-Rosario will also notify Pretrial when he leaves for, and returns from, the trip.

   Pretrial Services by Officer Karina Vilefort and the government by Assistant United States Attorney Camille Fletcher have no objection to this request.

   Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
917-612-4527