UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRANCISCO ANTONIO PALIN-ROSARIO,<br><br>Defendant. | No. 21-CR-751<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the parties shall be prepared to try this case on October 27, 2025.

No later than October 9, 2025, any *in limine* motions shall be filed, along with proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any oppositions to those materials shall be filed no later than October 16, 2025. A final pretrial conference is scheduled for October 23, 2025, at 2:30 p.m.

Time is excluded until October 27, 2025, pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:   January 21, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge