UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRANCISCO ANTONIO PALIN-ROSARIO,<br><br>Defendant. | No. 21-cr-751 (RA)<br><br>MEMORANDUM<br>OPINION & ORDER |

RONNIE ABRAMS, United States District Judge:

On March 1, 2024, Defendant Francisco Antonio Palin-Rosario filed a motion to dismiss the indictment, Dkt. 21, which charged him with one count of illegal reentry in violation of 8 U.S.C. § 1326(a) and (b)(2). The motion raised a single argument: that Section 1326 violates the equal protection clause of the Fifth Amendment because it was "enacted with explicit and vicious racial animus against Latinos." *Id.* at 1. Because an appeal raising that exact issue was pending before the Second Circuit, *United States v. Suquilanda*, No. 22-1197, the Court held the motion in abeyance pending a decision in that appeal.

On September 13, 2024, the Second Circuit issued its opinion in *Suquilanda*, holding that Section 1326 does not violate the Fifth Amendment's equal protection guarantee. *See United States v. Suquilanda*, 116 F.4th 129, 144–45 (2d Cir. 2024). The Circuit then denied that defendant's petition for rehearing *en banc* on January 7, 2025.

*Suquilanda* expressly forecloses Palin-Rosario's motion here, given its holding that "§ 1326 does not violate the Fifth Amendment." *Id.* at 145. Because that is now the binding law of this Circuit, Palin-Rosario's motion to dismiss the indictment is denied.

SO ORDERED.

Dated:   February 20, 2025
         New York, New York

                                              _____
                                              Ronnie Abrams
                                              United States District Judge