**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

June 9, 2025

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 10, 2025

**Re: United States v. Francisco Palin-Rosario (21-CR-751-RA)**

Dear Judge Abrams,

    The Defense writes to request a modification of Mr. Palin-Rosario's pretrial release conditions to allow for travel to the District of New Jersey and the District of Rhode Island, with the advanced permission of pretrial. Mr. Palin-Rosario has family in both Rhode Island and New Jersey that he wishes to visit frequently. Allowing Mr. Palin-Rosario to travel to these districts with the advanced permission of pretrial will no longer require the parties to seek approval from the Court for every instance of travel.

    Undersigned counsel has communicated with Mr. Palin-Rosario's pretrial officer, Karina Chin Vilefort, who indicates no objection to this request and states: "Mr. Palin-Rosario has been compliant and has reported as directed."

    Undersigned counsel has also communicated with the assigned Assistant United States Attorney regarding this request and understands that "The Government defers to pretrial services and take no position."

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defenders
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007