UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
                                         :

UNITED STATES OF AMERICA,         :

                        -v-               :

                                           :

FRANCISCO PALIN-ROSARIO,       :
                       Defendant.    :

---------------------------------------X

**21 Cr. 751 (RA)**

**ORDER**

RONNIE ABRAMS, District Judge:

It is hereby Ordered that defendant Francisco Palin-Rosario

(14916-074) is sentenced to time served.

Dated:     April 30, 2026
            New York, New York

                                         RONNIE ABRAMS
                           United States District Judge